DAVID W. VROMAN, as Administrator of the Estate of ROSELLA VROMAN, Deceased, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 23772.)

DAVID W. VROMAN, as Administrator of the Estate of SUSAN VROMAN, Deceased, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 23773.)

AUGUSTA W. ROWLEY, as Administratrix with the Will Annexed of FRANK M. WEYLAND, Deceased, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 23774.)

EVELYN R. SNYDER, as Executrix of AUGUSTA W. WEYLAND, Deceased, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 23778.)

Argued November 20, 1939; decided December 28, 1939.

536

*H. Duane Bruce* and *Harry H. Hartman* for appellants.

*John J. Bennett, Jr., Attorney-General (Leon M. Layden* of counsel), for respondent.

In each action: Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, LOUGHRAN and FINCH, JJ. Dissenting: HUBBS and RIPPEY, JJ. Taking no part: O'BRIEN, J.